**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
───────────────

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

August 2, 2007

CASE NUMBER:  CV 07-03717-JF  
CASE TITLE: CHARLES IVIE-v-US GOVERNMENT, ET AL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable Richard Seeborg** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/2/07

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects  
Log Book Noted                        Entered in Computer 8/2/07

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel               Transferor CSA