**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    Charles Ivie                              No. C 07-03717 JW

8              Plaintiff(s),
                                               CLERK'S NOTICE
9        v.

10   U. S. Government et al

11             Defendant(s).

12   _____/

13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15

16   YOU ARE NOTIFIED THAT due to reassignment a Case Management has been set before Judge

17   James Ware for **January 14, 2008 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San

     Jose, California.

18   Dated:  October 12, 2007

19                                             FOR THE COURT,
                                               Richard W. Wieking, Clerk
20

21
                                               by:  _____/s/_____
22                                                  Elizabeth Garcia
                                                    Courtroom Deputy
23

24

25

26

27

28