**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Charles Ivie, | NO. C 07-03717 JW |
|       Plaintiff, | **JUDGMENT** |
|   v. | |
| U.S. Government, et al., | |
|       Defendants. | |

Pursuant to the Court's December 6, 2007 Order Dismissing Complaint with Prejudice for Lack of Prosecution, judgment is entered in favor of Defendants DOJ Agencies, Law Enforcement Agencies, Canada Parliament, Weiss, Border Services, and Department of Homeland Security, against Plaintiff Charles Ivie.

The Clerk shall close this file.

Dated:  December 6, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Ivie
20 Helvic Avenue
Monterey, CA 93940

**Dated: December 6, 2007**                           **Richard W. Wieking, Clerk**

                                                 **By:   /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**