All claims are filed to all parties for damages and corrections as mandated by law

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR
JORGE NAVARRETE
SUPERVISING DEPUTY CLERK
SAN FRANCISCO

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK
LOS ANGELES

SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

RECEIVED
2008 JUL -7 AM 9:37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**Supreme Court of California**

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

NC

You allow no due process nor do you or any regulators apply the law as filed. You are obviously morally and financially corrupt & bankrupt.

November 21, 2007

Mr. Charles Ivie
20 Helvic Ave.
Monterey, CA 93940

I will tell you again

Dear Mr. Ivie:

We return unfiled your documents received on November 20, 2007. It is unclear what you want to file in this court.

6-18-05

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

Peace

What you have in front of your court is this:

Colleen Thompson

By: C. Thompson, Deputy Clerk

1) $30,000,000 illegal denial of ERISA Disability Claim by Fosel/Ware District Principal Etc as File.

2) $3,000,000 w/c comp Fraud By Doctors, lawyers, state, etc as Filed
DUC's etc Fraud => VOC - Attorney - State Bar

3) General local court, DMV Disabled Ticket Fees, 1K - tens of thousands For local charges (i.e. 1M in San Diego alone as filed)

again Wave Fraud erroneous Fabricate

4) Illegal DOJ /Canadian collusion and Fraud at record were deleted expunged and dismissed ignored by court & Canadians with no regard or remedy. All is cleared, deleted, & expunged per law.

COURT OF APPEAL
FOURTH APPELLATE DISTRICT - DIVISION ONE
750 "B" Street, Suite 300
San Diego, CA 92101
(619) 645-2760

To: CHARLIE IVIE
20 Helvic Avenue
Monterey, CA 93940

____Request for extension of time to file a habeas corpus petition is returned, unfiled as unnecessary. There is no time limit within which to file a habeas corpus petition. (See California Rules of Court, rule 60 for guidance in filing a petition for writ of habeas corpus.) There is no fee for filing a petition for writ of habeas corpus and you do not need permission to file one. Enclosed is a form for filing a habeas corpus petition.

File

____Letter [redacted] is returned unfiled, as there is no case, active or inactive, in the Fourth Appellate District, Division One, under the name or number on the request.

____There is no time restriction for the court to render a decision on a criminal writ. You will be notified by mail of the decision once it has been filed or you may register for e-mail notification at http://appellatecases.courtinfo.ca.gov.

____Document is being returned unfiled, as you are not a party to the action.

____The record you requested is in storage. To retrieve the record you must return the enclosed form along with a $20 retrieval fee. Upon notification of retrieval, you may review the file in the clerk's office. If you would like copies you must contact a copy service of your choice to make copies of the documents you desire at an additional cost paid to them.

6-18-08

Dated: 1/14/08 Recv

Jean Cook
Deputy Clerk

I will file out and file the criminal/civil claims charges ...

Form enclosed.

Total Damages as of vote in all courts and jurisdiction for DMV-Parking 9F-55 Stop W/C DOJ Police abuses and Fraud 35N

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**
**Downtown Courthouse – Civil Division**
191 North First Street, San Jose, CA 95113
(408) 882-2100

- **Self-Service Website:** www.scselfservice.org. Providing information for those representing themselves in court.
- **Public Case Information Website:** www.scccaseinfo.org. Providing access to local cases through online search & retrieval.
- **Main Website:** www.sccsuperiorcourt.org. Providing access to rules, forms, fees, locations & phone numbers.

## Civil Filing Rejection Letter

[ Charles Irvine ]
[ v ]
[ State, Fed, gov, courts ]

Case Number: various as Filed

Case Title: Government – Anti professional Fraud as now proven and briefed beyond any doubt.

Dear Sir/Madam: anti-unethical illegally licensed professionals briefed by all law

The Document is being returned for the following reason(s):

☐ The Civil Case Cover Sheet adopted by Rule 3.220 is missing. Please submit the cover sheet within 10 days of this Notice or you may be subject to sanctions under California Rules of Court, Rule 2.30.

☐ The document cannot be accepted for filing without a Proof of Service.

☒ The case number is ☒ missing, ☐ incorrect, or ☐ incomplete. *None as filed in appeal or you assign and here on paper.*

☐ The documents **MUST** be on adopted Judicial Council forms. ☐ Forms are obsolete.

☐ The document is incomplete. Please complete information where "Red" check marks are placed.

☐ The document is missing an original signature.

☐ The document requires a $________ Filing Fee or Waiver of Fees granted by this Court.

☐ The document is not in compliance with Rule 2.100 - 2.119 as follows:
  ☐ Caption page required ☐ State Bar Number required
  ☐ Two-hole punch and stapled ☐ Telephone number

☐ Request for Dismissal is incomplete. Please provide the information requested.
  Complete: ☐ item 1a. ☐ item 1b.
  ☐ item 2, need consent of ☐ Cross-Complaint ☐ Intervener ☐ Complaint

☐ An Order of Court is required prior to filing this document.

☐ The case was dismissed on: ______________________

☐ The document is filed in the incorrect Court.

N ☒ Other: *Please advise us on what you want us to do with this*

**Notes for Future Reference:**

☐ To expedite your requests for Writs or Abstracts, please submit an **endorsed filed** copy of your judgment.
☒ Please enclose a self-addressed stamped envelope for the return of your copies. *Can't afford, Disgusted and Bankrupt because of all this*
☐ Please make checks payable to: Clerk Superior Court

*6-18-08*

Kiri Torre
Chief Executive Officer/Clerk

Date: NOV 21 2007

Clerk: S. GANCAYCO

*The Court staff is not authorized to give you legal advice or instruct you on which legal forms to use, as this constitutes an unauthorized practice of law. The Court recommends that you seek appropriate legal assistance.*

CV-5020 REV 1/07

*You have DMV, VOC, DOJ, W/C etc Fraud and what ever whoever is operating in your jurisdiction as names.*

*cc eFed gov DOJ*

**SUPERIOR COURT OF CALIFORNIA**
**County of Sacramento**
**720 Ninth Street, Room 102**
**Sacramento, CA 95814-1380**
**Telephone (916) 874-5522 – Website www.saccourt.com**

rs Filed again agains All counsel

# RETURNED DOCUMENT FORM

Case Name: Charlie Ivie

Document Name: ? State, Federal, Anti Professional etc et al

Case Number: ? Various as Filed Appeals or you Docket and were on papers - You have all evidence now

► **The enclosed document(s) is/are returned for the following reasons(s):**

| | | | |
|---|---|---|---|
| ☐ | Papers presented for filing shall be pre-punched with two holes at the top centered pursuant to CRC 2.133. | ☐ | Enclose a self-addressed, stamped envelope of the **appropriate size** for the return of conformed copies pursuant to CRC 3.1302(b). |
| ☐ | Must use local form pursuant to Local Rule 9.25. | ☐ | Original summons required for entry of default *(endorsed/filed copies are acceptable)*. |
| ☐ | Complete information where indicated. | ☐ | Footer is required pursuant to CRC 2.110. |
| ☐ | Substitution of Attorney must be on adopted Judicial Council form pursuant to CRC 1.31. | ☐ | Document does not comply with CRC 2.100-2.119. |
| ☐ | A copy of the judgment is required for issuance of Writ or Abstract pursuant to Local Rule 9.27. | ☐ | Offer to Compromise does not comply with CRC 3.250(a) |
| ☐ | Civil Case Cover Sheet required pursuant to CRC 3.220(b)(1). | ☐ | We charge $15.00 for searching records or files, for each search longer than 10 minutes (includes index research). |
| ☐ | Proof of service required for: *(endorsed/filed copies are acceptable)*. | ☐ | Substitution or association of attorney must have State Bar number, firm name, address and telephone number pursuant to Local Rule 3.18. |
| ☐ | Enclose a conformed copy of the judgment for: | ☐ | The caption must specify that it is a "Limited Civil Case" pursuant to CCP 422.30 and CRC 2.111(10). |
| ☐ | Amount of demand required pursuant to GC 72055 and CRC 2.111(9). | ☐ | Requirements regarding venue have not been complied with pursuant to CCP 396a(a). |
| ☐ | Original signature required. | ☐ | $ filing fee or fee waiver is required. |
| ☐ | No record was found. | ☐ | Copies are .50¢ per page - submit |

☒ Other: Please provide Sacramento Superior Case Number You supply all Fraud is Filed and Awarded for $35M in damages to Fed, State, local, DMV, DOJ's, Canadian other states etc et al Filed in all courts, DA's, unregulators State Bar/MBE/Judicial council etc.

12/14/2007
Dated

[signature]
Deputy Clerk

Original - Customer • Copy - File

You don't allow the government to follow laws anyway that thank God there are enough people who are armed and ready to stand up to your government fraud under the 2nd amendment. no due process etc.

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

December 3, 2007

Charles Ivie
20 Helvic Avenue
Monterey, CA 93940

RE: Charles Ivie

Dear Mr. Ivie:

In reply to your letter or submission, received November 30, 2007, I regret to inform you that the Court is unable to assist you in the matter you present.

Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court.

Your papers are herewith returned. Good

The Don't need Note

6-18-07

Sincerely,
William K. Suter, Clerk
By: [signature]
Clayton R. Higgins, Jr.
(202) 479-3019

Nec

1) There is a $30,000,000 claim against the Gov-Fosell Principal for illegal denial Disability ERISA claim (wore)

2) There is $50,000 ING/Fraud Claim for refunds while disabled (wore)

3) There is $100,000 claim against NOT/Conadians for Fraud as Anti Public Police Pardon Servants.

4) All claims of Federal Fraud removed to States as Filed and state to fed For diversity Fraud of States.

Enclosures

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**
**P.O. Box 193939**
**95 Seventh Street**
**San Francisco, CA 94119-3939**

November 27, 2007

Charles Ivie
20 Helvic Avenue
Monterey, CA 93940

Dear Mr. Ivie:

This court is in receipt of your material received November 27, 2007.

This court is unable to determine or understand the nature of your request and therefore, unable to process your material since you have no appeal currently pending in this court. We are a court of limited jurisdiction which means in order to file a case in this court, you must appeal from a final appealable judgment or order from the U.S. District Court.

Please be advised when submitting material to this court for processing you must currently have a case pending in this court and always provide our U.S. Court of Appeals docket number.

Therefore, your materials are being returned.

Sincerely,

Corina Orozco
Deputy Clerk

Filed against all courts - Cases etc For Damages - Civil - Criminal to Follow Ivie [illegible] DOJ - enclosed - amended response

DO, NOR WILL I EVER BE THREATENED BY YOU UNCONSTITUTIONAL IRREVERENT SYSTEM OF ILLREPUTE. THIS HAS BEEN GIVEN TO CONSUMER AFFAIRS, THE PAPERS, LEGISLATORS, EXEXUTIVES AND ALL HIGHER AND LOWER COURTS FOR AN EXPLANATION. YOU HAVE COMMITTED REAL ESTATE, INSURANCE, TAX FRAUD, LEGAL, MEDICAL AND JUDICIAL MALPRACTICE. IT IS SO ORDERED AND I WILL EXPECT THIS OUTSTANDING MATTER ALL CLEARED UP BY THE NEW NEW-OR FOREVER HOLD YOU PIECE. ANY DETAILS OR PROOF EVIDENCE HAS BEEN DULY SERVED AND EXECUTED PREVIOUSLY ON THE GOVERNMENT, PUBLIC AND PRIVATE, ALL ANTI-PROFESSIONALS & REGULATORS. THE JC GOT RID OF RUTLEDGE, DUCAN, AND VALSQUEZ; NOW, IT'S TIME FOR YOU. ALL ADVERSE PARTY CLAIMS ARE ERRONIEOUS AND FRAUDULENT, INACCURATE, CONTRIVED, FABRICATED AS SUBMITTED WITH NO BASIS IN LAW OR DECENCY. YOU NOW HAVE EVERYTHING YOU HAVE ASKED FOR AND I WILL NO LONGER DEAL WITH UNINTELLIGENT AGENCIES OR PEOPLE. YOU HAVE PROOF THAT ALL THE CASES HAVE BEEN FILED IN THE APPROPIATE JURISDICTIONS, AND THEY HAVE ALL BEEN FILED BEFORE AND WILL BE AGAIN IF THERE IS NOT SOME LEGAL OPINON WITH BASIS, FACT AND LAW AS IT HAS ALL BEEN IGNORED. IF THERE IS NO JURISDICTION, THEN YOUR PERVERTION OF THE LAW DOESN'T APPLY; IF THERE IS JURISDICTION THEN THE LAW HAS BEEN BROKEN BY PEOPLE WHO ARE SWORN TO UPHOLD IT. ALL CLAIMS, CASES, COMPLAINTS ARE DULY FILED AND BROUGHT FORTH AS I STRAIN TO FIND YOUR AUTHORITY AND DUTY. THE FABRICATED RECORD IS ORDERED CLEARED BY CANADIANS AND DOJ FILED IN ALL COURTS. THE USELESS RGULATORS HAVE BEEN PUT ON NOTICE FOR DAMAGES. WHAT IS THE COST OF FREEDOM, AND I DON'T MEAN YOUR DUMBED-DOWN IRONIC VERSION OF OPPRESSION, TYRANNY AND FRAUD AS FILED AND BRIEFED BY ALL LAWS. I DEFY YOU TO COME UP WITH SOMETHING TO THE CONTRARY. SO THERE YOU HAVE IT. NO MORE PLEADING IGNORANCE OR DEFERENCE AT FEDERAL, STATE, LOCAL, CITY, COUTY LEVELS. THIS IS COMPLETELY COGNIZABLE, CLEAR, PROVABLE AS ON THE RECORD, LEGALLY FILED AND WORTHY OF ALL DEMANDED. IT IS ALL CORROBORATED BECAUSE THAT IS WHAT YOU DO IS "ROB" PEACE, FREEDOM, RULE OF LAW, ORDER, WELL-BEING, ETC. THERE IS NOTHING FRIVOLOUS ABOUT YOUR FRAUDS PROVEN ON THE RECORD CONDEMNING FREE, LAW ABIDNG, PEACABLE, PEOPLE INOT ABJECT ECOMONIC POVERTY AND SQUALOR FOR MONEY YOU COLLECT NOW ATTACHED. NEITHER YOU, THE US GOVERNMENT, THE CANADIAN GOVERNMENT OR ANY OTHER PAVLOVIAN ANTI-PUI=BIC PUKE HAS ANY DOMINION, POWER, AUTORITY IN YOUR ILLEGAL, DEPARAVED, EVIL, CORRUPT SYSTEM OF INJUSTICE AS STATED, BRIDFED, FILED AND SERVED ACCORDINGLY BY ALL KNOWN LAW IN FAVOR OF ME. GOT IT1 **YOUR ILLEGAL ARBITRARY AND CAPRICIOUS STANDARD COUPLED WITH YOUR ILLEGAL ISOLATION OF CREDIBLE EVIDENCE AND BLANKET DENIAL OF DUE PROCESS AS CONDUCTED BY FOGEL ON ERISA REVIEW NOW REMANDED OR SENT TO SUPREME COURT MAKES YOUR SYSTEM INEFFECTIVE, BIASED, PREJUDICIAL, AND FRAUDULENT. YOU CAN'T FIGHT UNREGULATED, UNMITIGATED FRAUD ON THE PEOPLE, WHICH IS CERTAINLY THE ROOT OF ALL PROBLEMS. YOU SHOULD COME OUT OF YOUR HOVELS AND LOOK AROUND AT THE BLIGHT AND DAMAGE YOU CAUSE UNNECESARILY FOR WORTHLESS MONEY AND SUPERFICIAL CONTROL.**

**SINCERELY,**
**CHARLES E IVIE, EVERYTHING ETAL**

[signature]

Here is latest illegal bullshit from Ivie Fed court Canadians - st. Stephen etc. counselate - DOJ refusals

CC et al You have all been subpoenaed to give [illegible], [illegible]: do not meet any relief criteria Reclaim Remanded

***Edmund G. Brown Jr.***
***Attorney General***

***State of California***
***DEPARTMENT OF JUSTICE***

BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION
P.O. Box 903417
SACRAMENTO, CA 94203-4170

# CLAIM OF ALLEGED INACCURACY OR INCOMPLETENESS

I have examined a copy of my California State Summary Criminal History Record as contained in the files of the Department of Justice, Bureau of Criminal Identification and Information, and wish to take exception to its accuracy and/or completeness.

NAME: Jule Charles Everett

LAST NAME FIRST NAME MIDDLE NAME

CII NUMBER: A08290314 Date: 11-15-07

Complete a statement for each error or inaccuracy claimed. Use additional paper if necessary. Attach copies of any proof or corroboration available.

You refuse to correct name, SS#, DL#, Age, Occupation. Delete Dismissals cic reporting information on Filed with All courts, DA's, Jurisdictions. Send Clean report, Orders have been given to you, courts, police, Canadians etc. with no correction of the month. It is all now deleted, expunged and or corrected. You and the courts, DA police refuse to follow the law

SIGNATURE

Return this form to the attention of the Record Review Unit at:

California Department of Justice,
Bureau of Criminal Identification and Information,
P.O. Box 903417, Sacramento, CA 94203-4170.

BCII 8706 (Rev. 04/99)

FILED
DEC 0 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Charles Ivie,

Plaintiff,

v.

U.S. Government, et al.,

Defendants.

NO. C 07-03717 JW

**ORDER DISMISSING COMPLAINT WITH PREJUDICE FOR LACK OF PROSECUTION**

On October 10, 2007, the assigned Magistrate Judge Richard Seeborg issued an Order recommending that this case be dismissed. (Docket Item No. 6.) On October 19, 2007, the Court dismissed Plaintiff's Complaint for failure to state a claim. (Docket Item No. 10.) In light of Plaintiff's *pro se* status, the Court granted Plaintiff leave to amend the Complaint to state a cognizable claim. The Court gave Plaintiff until November 19, 2007 to amend his Complaint. To date, the Court has not received the Amended Complaint nor any communication from Plaintiff. Accordingly, the Court raises, *sua sponte*, the issue of whether Plaintiff's action should be dismissed for lack of prosecution.

A district court has the authority to dismiss a case for lack of prosecution pursuant to its inherent authority and Rule 41(b) of the Federal Rules of Civil Procedure. See Link v. Wabash R. Co., 370 U.S. 626 ( 1962); Hamilton Copper & Steel Corp. v. Primary Steel, Inc., 898 F.2d 1428 (9th Cir. 1990). Rule 41(b) states in pertinent part: "For failure of the plaintiff to prosecute or to comply with these rules or any order of the court, a defendant may move for dismissal of an action or of any claim against the defendant. . . . [A] dismissal under this subdivision . . . operates as an

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

adjudication upon the merits." Fed. R. Civ. P. 41(b). "This power is necessary to prevent undue delay in the disposition of pending cases, docket congestion, and, the possibility of harassment of a defendant." Medeiros v. U.S., 621 F.2d 468, 470 (1st Cir. 1980).

In determining whether to dismiss for lack of prosecution, generally the court considers: (1) the public's interest in expeditious resolution of litigation, (2) the court's need to manage its docket, (3) the risk of prejudice to the defendants, (4) the public policy favoring disposition of cases on their merits, and (5) the availability of less drastic sanctions. Hernandez v. City of El Monte, 138 F.2d 393, 399 (9th Cir. 1998) (internal quotations omitted); See also Al- Torki v. Kaempen, 78 F.3d 1381, 1384 (9th Cir. 1996). The Ninth Circuit will affirm dismissal where at least four factors support dismissal, or where at least three factors "strongly" support dismissal. Yourish v. Cal. Amplifier, 191 F.2d 983, 990 (9th Cir. 1999). Further, *sua sponte* dismissal requires a "close focus" on consideration of "less drastic alternatives" and whether or not there has been a "warning of imminent dismissal of the case." Oliva v. Sullivan, 958 F.2d 272, 274 (9th Cir. 1992).

In its October 19 Order, rather than dismissing Plaintiff's Complaint with prejudice, the Court considered less drastic alternatives. However, the Court specifically noted that if Plaintiff did not amend within the allotted time, "the action will be dismissed with prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure." (Id.) It has been eleven days since Plaintiff's deadline passed, and he has not filed an Amended Complaint. The Court had liberally construed Plaintiff's Complaint as one asserting potential civil rights claims. As previously dated by the Court, generally, in Section 1983 cases, delay itself is prejudicial because witness memories fade and evidence becomes stale or undiscoverable.

Accordingly, the Court finds good cause to DISMISS Plaintiff's action with prejudice for lack of prosecution.

6-18-08

Dated: December 6, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Ivie
20 Helvic Avenue
Monterey, CA 93940
53137225355

**Dated: December 6, 2007**

**Richard W. Wieking, Clerk**

6-15-08

**By: <u>/s/ JW Chambers</u>**
**Elizabeth Garcia**
**Courtroom Deputy**

You have been served Fraud as noticed under all laws, decency, responsibly etc which you cannot shock as jerks

United States District Court
For the Northern District of California

FILED
DEC 0 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Charles Ivie,
Plaintiff,
v.
U.S. Government, et al.,
Defendants.

NO. C 07-03717 JW

(poor) **JUDGMENT**

Pursuant to the Court's December 6, 2007 Order Dismissing Complaint with Prejudice for Lack of Prosecution, judgment is entered in favor of Defendants DOJ Agencies, Law Enforcement Agencies, Canada Parliament, Weiss, Border Services, and Department of Homeland Security, against Plaintiff Charles Ivie. wrong wrong.

The Clerk shall close this file. re opened for truth

Dated: December 6, 2007

James Ware
JAMES WARE
United States District Judge

Neer 6-16-08

Frauds Filed again for damages in all courts & regulations and you are all dismissed as any public servants and injected from such actions or stated by citizen

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Ivie
20 Helvic Avenue
Monterey, CA 93940

6-18-08

**Dated: December 6, 2007**

**Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**

Recu

You have filed notice of cases fraud etc for prosecution against you forthwith.

United States District Court
For the Northern District of California

Citizenship and Immigration Canada | Citoyenneté et Immigration Canada

PROTECTED WHEN COMPLETED
PROTÉGÉ UNE FOIS REMPLI - A

# ALLOWED TO LEAVE CANADA
# AUTORISATION DE QUITTER LE CANADA

| | |
|---|---|
| Date D-J M Y-A | 19 03 2008 |
| FOSS ID no. - N° d'ID SSOBL | |
| Inadmissibility section / Article sur l'interdiction de territoire | |

| Surname - Nom de famille | Given name(s) - Prénom(s) | File no. - N° de référence |
|---|---|---|
| Ivie | Charles | |
| Date of birth / Date de naissance D-J M Y-A: 01/11/1957 | Country of birth - Pays de naissance: USA | Country of citizenship - Pays de citoyenneté |

Pursuant to paragraph 42(1) of the *Immigration and Refugee Protection Regulations*, I am allowing you to withdraw your application to enter Canada and to leave Canada without delay.

Conformément à l'alinéa 42 (1) du *Règlement sur l'immigration et la protection des réfugiés*, je vous autorise à retirer votre demande d'entrée au Canada et à quitter le Canada sans délai.

The information provided on this form is collected under the authority of the *Immigration and Refugee Protection Regulations* for the purpose of allowing you to leave Canada. This information will be stored in Personal Information Bank number CIC PPU 001, Enforcement Data System, and you have the right of access to it and to its protection under the provisions of the *Privacy Act*.

Les renseignements fournis dans le présent formulaire sont recueillis en vertu du *Règlement sur l'immigration et la protection des réfugiés* aux fins de vous autoriser de quitter le Canada. Les renseignements seront versés dans le fichier de renseignements personnels CIC PPU 001, Système de données sur l'exécution de la Loi. Ils sont protégés et accessibles en vertu des dispositions de la *Loi sur la protection des renseignements personnels*.

Signature of officer
Signature de l'agent

I hereby voluntarily withdraw my application to enter Canada and agree to leave Canada without delay.

J'atteste par la présente que je retire volontairement ma demande d'entrée au Canada et j'accepte de quitter le Canada sans délai.

Signature of person concerned
Signature de la personne concernée

IMM 1282 (06-2002) B

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION

Canada

remove all charges and tell me what you read in particular. That is part of being responsible for which you know nothing about as you continue to ruin the world and its people who attempt to be free and peaceable. You are the criminals in need of rehab who do not respond to law, decency, or transparency. I will visit Canada for free next time with your fabricated record of fraud

Citizenship and Immigration Canada | Citoyenneté et Immigration Canada

PROTECTED WHEN COMPLETED - A
PROTÉGÉ UNE FOIS REMPLI

# ALLOWED TO LEAVE CANADA
# AUTORISATION DE QUITTER LE CANADA

| Date | D-J | M | Y-A |
|---|---|---|---|
| | 19 | 03 | 2008 |

FOSS ID no. - N° d'ID SSOBL: 5766-0783

Inadmissibility section / Article sur l'interdiction de territoire: 36(2)(b)

File no. - N° de référence:

| Surname - Nom de famille | Given name(s) - Prénom(s) |
|---|---|
| IVIE | CHARLES EVERETT |

| Date of birth / Date de naissance | D-J | M | Y-A | Country of birth - Pays de naissance | Country of citizenship - Pays de citoyenneté |
|---|---|---|---|---|---|
| | 01 | 11 | 1957 | U.S.A. | U.S.A. |

Pursuant to paragraph 42(1) of the *Immigration and Refugee Protection Regulations*, I am allowing you to withdraw your application to enter Canada and to leave Canada without delay.

Conformément à l'alinéa 42 (1) du *Règlement sur l'immigration et la protection des réfugiés*, je vous autorise à retirer votre demande d'entrée au Canada et à quitter le Canada sans délai.

The information provided on this form is collected under the authority of the *Immigration and Refugee Protection Regulations* for the purpose of allowing you to leave Canada. This information will be stored in Personal Information Bank number CIC PPU 001, Enforcement Data System, and you have the right of access to it and to its protection under the provisions of the *Privacy Act*.

Les renseignements fournis dans le présent formulaire sont recueillis en vertu du *Règlement sur l'immigration et la protection des réfugiés* aux fins de vous autoriser de quitter le Canada. Les renseignements seront versés dans le fichier de renseignements personnels CIC PPU 001, Système de données sur l'exécution de la Loi. Ils sont protégés et accessibles en vertu des dispositions de la *Loi sur la protection des renseignements personnels*.

RH16661

Signature of officer
Signature de l'agent

I hereby voluntarily withdraw my application to enter Canada and agree to leave Canada without delay.

J'atteste par la présente que je retire volontairement ma demande d'entrée au Canada et j'accepte de quitter le Canada sans délai.

Signature of person concerned
Signature de la personne concernée

IMM 1282 (06-2002) B

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION

Canada

[illegible] Immigrates

St Croix

6676

$1200 [illegible]

[illegible] Calais

inadmissible [illegible] information

[illegible] - MA

They were going to release these documents illegally, now Fraud proven beyond any doubt and damages, injunction Filed against all Government parties, agents, agencies, associates etc et al for $100,000 due now.

Told to serve for
Canadian equivalent of
dismissed erroneous charges
of Fraud by DOJ - reporters
with no due process

complaints
amended for damages
in full

spit
. again

Also Fraud From first
analysis. I know you have
Freedom, but you ran into
the wrong person. I will not
pay to visit a land of such
sick people

S. Hope St, 9th Floor
Los Angeles, CA 90071

UNITED STATES POSTAGE
$ 01.31⁰
MAILED FROM ZIP CODE

Charles E. Irie
20 Helvic Ave.
Monterey, CA 93940

**16** Explain the purpose of your visit or stay in Canada

To see National Provincial Parks

**17** On a separate sheet of paper, provide reasons why you consider yourself to be rehabilitated and why you do not represent a risk to public safety. Indicate #17: Rehabilitation Factor on the sheet of paper.

only one as filed

**18** Addresses for the past 10 years. (Use a separate sheet if necessary)
Forms will be returned if there is any period of time for which you have not shown an address. Do not use post office (P.O.) box addresses.

| DATES FROM MONTH | YEAR | TO MONTH | YEAR | NUMBER AND STREET (Do not use P.O. boxes) | APT. No. | CITY OR TOWN | PROVINCE / STATE COUNTRY |
|---|---|---|---|---|---|---|---|
| 30 years | | | | 20 Helvic Ave | | Monterey | CA 93940 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**19** Employment for the past ten years starting with your present employer (Use a separate sheet if necessary).
List every job and/or period of unemployment and/or school attendance for the past ten years. Your application will be returned to you if any period of time is missing.

| DATES FROM MONTH | YEAR | TO MONTH | YEAR | NAME AND ADDRESS OF COMPANY (Write name in full, do not use abbreviations) | OCCUPATION |
|---|---|---|---|---|---|
| | | | | various | several Co. already stated |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

THE INFORMATION YOU PROVIDE IN THIS DOCUMENT IS COLLECTED UNDER THE AUTHORITY OF THE CANADA *IMMIGRATION AND REFUGEE PROTECTION ACT* AND IS STORED IN PERSONAL INFORMATION BANK NUMBER CIC PPU 042, 054 OR 300. THE INFORMATION IS PROTECTED UNDER THE PROVISIONS OF THE *PRIVACY ACT* AND IS ACCESSIBLE TO YOU UPON REQUEST.

**20** I certify that the information provided by me is true and complete to the best of my knowledge.
I also certify that I am not currently charged with any criminal offence.

SIGNATURE OF APPLICANT ▶ [signature]

DATE ▶ 6-16-08 (DAY MONTH YEAR)

Form I-160A (Rev. 7-12-81)N

If Zero whats to poke the stick out of his ass while the americans 50 yards away allow Freedom to be taken away illegally, I would be happy to show any of them what it is all about as they sit around collecting a pay check with a picture of Jackoff the FEMA Failure and the two Biggest criminals of all time Cheeny & Bush aided and abetting by you illegally as Directed all the time. I am selling my Canadian land and Divorced my Candian partner for such a dumb-down ignorant society, Just like the Americans. Good luck and God bless

ce



Canadian Consulate General  Consulat Général du Canada

*Immigration Section* *Service de l'immigration*
*550 S. Hope Street, 9th Floor, Los Angeles, CA 90071-2627*
EMAIL: *los-angeles-im-enquiry@international.gc.ca* *FAX (213) 625-7154*

**INSTRUCTIONS TO BE FOLLOWED WHEN APPLYING FOR A TEMPORARY RESIDENT PERMIT**

If you have ever been convicted of, or committed a criminal offence in any country, you may be inadmissible to Canada as a result of your criminal activity. Even if you do not ordinarily require a visa to enter Canada, you may still be refused permission to enter Canada if you are a member of an inadmissible class.

The visa office in Los Angeles only accepts applications for Temporary Resident Permits from current residents of the following states: Arizona, California, Colorado, Hawaii, Kansas, New Mexico, Nevada, Oklahoma, Texas and Utah.

Minor offenses (commonly equivalent to misdemeanors in the USA), such as petty theft, simple assault, or simple possession of a controlled substance, would render an individual criminally inadmissible to Canada. Also, driving while under the influence **(DWI / DUI)** is regarded as an indictable offence in Canada, and persons with convictions for this offence are also considered inadmissible to Canada. Although Canada is similar to other countries in preventing the admission of convicted offenders, Canada does make provision to allow people with criminal records into Canada under certain circumstances.

If you have an urgent and compelling reason for travel to Canada in the near future and you are not considered Deemed Rehabilitated and/or not eligible to apply for Criminal Rehabilitation *(please visit www.losangeles.gc.ca for further information on approval of Rehabilitation)*, you may apply for a Temporary Resident Permit to overcome the criminal inadmissibility. **Leisure travel and tourism are not considered urgent and compelling reasons to warrant issuance of a Temporary Resident Permit.**

## If you were convicted of an offence outside Canada

and you wish to travel to Canada or apply for any type of visa to Canada, *i.e. Work Permit, Study Permit, Permanent Residence etc...* You must first apply for Criminal Rehabilitation or for a Temporary Resident Permit before completing any other application. *(Please visit www.losangeles.gc.ca for further information on approval of criminal Rehabilitation)*

all Rece

- **Court Records:** Copies of each court document which clearly show the charge, section of the law you violated and the verdict.
  - Proof of completed sentences if applicable. (e.g. completed terms of incarceration, paid fines, court costs and completed court ordered treatments, etc.)
  - Evidence relating to dismissed charges or expunged records (if applicable).
- **Text of Law:** Copies of the text(s) of the law(s) describing the offence(s) you committed. The text of each law must be as it read when you were charged with the offence. *Law libraries often have texts of old laws.*
- **Written Statement:** Detailed explanation of the circumstances surrounding the offence(s).
- **Letters of Reference:** Three letters of reference from responsible citizens (e.g. parole board, public officials, respectable private citizens, clergymen etc). They can come from personal or professional references but not from family members. *The rehabilitation/permit process need not be mentioned in the letters.*
- **Use of a Representative (if applicable):** Please visit www.cic.gc.ca download and complete form IMM5476 if you will use a lawyer or a representative.
- **If applicable:** Statement from you explaining why you have an urgent and compelling need for travel to Canada including your tentative travel dates and how often you are likely to travel to Canada. If you are seeking to travel for a family emergency, include a letter from a doctor or hospital including all pertinent information. If you are seeking to travel for business, include a letter from your company explaining the reason for your travel to Canada, service contracts, invitation letter from the company in Canada, etc...

all Rece

PLEASE NOTE: It is recommended that you keep a copy for your personal record, of all documents submitted.

Rece Fraud submitted as filed.

None

Angeles Immigration Section requires current(less than one year old) and original
of FBI and State police certificates for every State you have lived in for more that 6
hs and from any State where you have been charged with a criminal offense(s).

**a Police Certificate from the FBI (Federal Bureau of Investigation):**
nclude the following in a written request: ❶ your full name; ❷ date of birth; ❸ place
a set of finger prints(*); ❺ a certified check or money order in the amount of $18.00
ible to "Treasurer of the United States" and send to:

The Federal Bureau of Investigation
Criminal Justice Information Services Division
SCU MOD D2 - 1000 Custer Hollow Road
Clarksburg, WV 26306

None

and white "applicant Card" of your fingerprints should be submitted. These cards
rinting are usually available from your local police department, Department of Motor
fice, or from private industry engaged in the fingerprinting business. **Do not**
**e FBI for fingerprinting.**

None

**IOTE:** Residents of California may submit their fingerprints electronically (Applicant
Details can be found by visiting the California Department of Justice's website at
.gov

ate will be mailed directly to you. Upon receipt, the original copy should be mailed
e. It is recommended that you keep a copy for your personal record.
of these requests is approximately 12 to15 weeks.

**a State Police Certificate from any US State:** Please visit the link below for
:
dfait-maeci.gc.ca/can-
ight_nav/howtoobtainstatepolicecertificatesintheunitedstates-en.asp

**a State Police Certificate from the State of California:**
of California may submit their fingerprints electronically (Applicant Live Scan).
be found by visiting the California Department of Justice's website at
gov

police certificate, submit a copy of this letter along with a set of fingerprints(**) and
der for $32.00 made payable to "California Department of Justice" to:

None

California Department of Justice
Record Review Unit
P.O. Box 903417
Sacramento, CA 94203-4170 Tel: (916) 227-3832)

d white "applicant Card" of your fingerprints should be submitted. These cards and
g are usually available from your local police department, Department of Motor
ice, or from private industry engaged in the fingerprinting business.
ill be sent to the applicant, and should be mailed to this office.
of these requests is approximately 8 to 12 weeks.

This is the last time I will
serve the Fucker on you!

## CANADA

The Los Angeles Immigration Section requires a current(less than one year old) and original copy of the RCMP police certificate if you have lived in Canada for more than 6 months and/or if you have been charged with a criminal offense(s) in Canada.

**To obtain a Police Certificate from the RCMP:**

You must submit this letter and a set of finger prints(**) to:

Royal Canadian Mounted Police
NCO IC Civil Section, Identification Services
Ottawa, Ontario K1A 0R2 Canada

(**)A blue and white "applicant Card" of your fingerprints should be submitted. These cards and fingerprinting are usually available from your local police department, Department of Motor Vehicles office, or from private industry engaged in the fingerprinting business. Upon receipt, please mail the original copy to our office. It is recommended that you keep a copy for your personal record.

NA

## If you were convicted of an offence IN CANADA:

You must apply for a pardon from Clemency and Pardons Division of the National Parole Board. A pardon will permanently erase your Canadian criminal record, and any consequences of inadmissibility resulting from it. If you are unable to obtain a pardon, you may still apply for a Temporary Resident Permit or Approval of Rehabilitation. For more information on pardons, please contact:

National Parole Board
Clemency and Pardons Division
340 Laurier Avenue West
Ottawa, Ontario
K1A 0R1 CANADA

**PLEASE NOTE:** If you cannot get documents listed on the checklist and the court, county, and/or arresting police department do not have the information you require, you must obtain a written explanation from them and include it with your application. In the event you are not able to get a written explanation, you must provide details of your efforts to obtain the information and why it is not available.

Citoyenneté et Immigration Canada

no destroyed ...
CLG Real estate

PROTECTED WHEN COMPLETED - B

Language of correspondence

☐ English OR ☐ French

# APPLICATION FOR TEMPORARY ~~RESIDENT~~ PERMIT

take your bullshit off
the computer for the record
Also served on courts DOJ etc no dates no address

| 1 Family name(s) | Given name(s) - Do not use initials | 2 Date of birth DAY MONTH YEAR | 3 Sex ☐ Male ☐ Female |
|---|---|---|---|
| | | | |

| 4 Country of birth | 5 Citizenship | 6 Marital status |
|---|---|---|
| unwas Mistly dates-44H | | ☐ Single ☐ Married ☐ Widowed ☐ Separated ☐ Common-law ☐ Divorced |

7 All other names that I use or have used (include maiden name, previous married name(s), aliases and nicknames, legal change of name)

| 1) Family name | Given name(s) | 2) Family name | Given name(s) |
|---|---|---|---|
| | | | |

| 8 My home address is | 9 Mailing address — All correspondence should be mailed to box 8 ☐ or to: |
|---|---|
| No. & street / Apt./Unit | No. & street / Apt./Unit |
| City/Town / Province / State / Country / Postal / ZIP code | City/Town / Province / State / Country / Postal / ZIP code |

| 10 Home telephone no. (Area code - No.) | 11 Business telephone no. (Area code - No.) | 12 Fax no. (Area code - No.) | 13 Indicate most convenient time to reach you by telephone — Time ☐ AM ☐ PM |
|---|---|---|---|
| | | | |

14 I may be inadmissible to Canada because of the following offence(s): (use a separate sheet if necessary, entitled #14: Offences / Convictions)

| OFFENCE(S)/CONVICTION | DATE(S) OF OFFENCE(S)/ CONVICTION (DAY MONTH YEAR) | PLACE OF OFFENCE(S)/ CONVICTION | SENTENCE(S) | STATUTE NUMBER(S) |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| none | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

15 On a separate sheet of paper, explain in detail the events/circumstances leading to the offence(s)/conviction(s). Indicate #15: Events / Circumstances on the sheet of paper.

none except whats Fabricated by you DOJ and unknown reposting agencies

**WARNING**

DETAILS OF ALL OFFENCES AND CONVICTIONS MUST BE ACCURATELY RECORDED ON THIS DOCUMENT. PROVIDING FALSE OR MISLEADING INFORMATION WILL LIKELY RESULT IN A REFUSAL OF YOUR APPLICATION AND MAY PERMANENTLY BAR YOUR ADMISSION TO CANADA.

none

IMM 1444 (06-2002) E (DISPONIBLE EN FRANÇAIS - IMM 1444 F) Canada

warning to you to stop your despicable Fraud or misinformation. I have been through states and Federal Central databases with no criminal history (You tell me)

...LETED BY THE OFFICER.

| ...office | 2 File no. | 3 NHQ file no. (if known) |
|---|---|---|
| ...ecovery code / Fee / GST | Receipt no. | 5 FOSS / NCMS ID no. |

| 6 Equivalent offence(s) under Canadian law | 7 Maximum penalty under Canadian law |
|---|---|
| None | |
| N/A | |

8 Inadmissibility provision(s) ▶ ☐ A36(1)a) ☐ A36(1)b) ☐ A36(1)c) ☐ A36(2)a) ☐ A36(2)b) ☐ A36(2)c)

9 Eligible to apply for rehabilitation? ▶ ☐ Yes ☐ No

10 Date when subject was / will be eligible ▶ DAY MONTH YEAR

11 If subject is not eligible, state reason(s)

12 Officer's recommendation

☐ I recommend approval of rehabilitation

☐ I do not recommend approval of rehabilitation

☐ I recommend an application for a Temporary Resident's Permit

☐ I do not recommend an application for a Temporary Resident's Permit

13 Reasons for recommendation

14 Name of officer

15 Signature of officer

Date DAY MONTH YEAR

IMM 1444 (06-2002) E

you have nothing to review so state it now or forever hold your piece !

ng officer | 20 Signature of reviewing officer | Date DAY MONTH YEAR

ts or photocopies attached - check those attached

: and USA Birth Certificate (USA-born citizens only)

nt(s)

nadian statutes — all done

e

re: sentence, parole, probation, fine or pardon

re: juvenile offender

tation (specify)

opy of these documents has been provided to the applicant and that the applicant has been given an opportunity to
nts.

23 Signature of officer | Date DAY MONTH YEAR

**OFFICE USE ONLY**

-mail) received that authority from
under A36(1)(b) or A36(1)(c) was: ▶ ☐ Granted ☐ Refused | Initials | Date DAY MONTH YEAR

inister's delegate for relief under
c) granted ▶ ☐ Yes ☐ No | Date DAY MONTH YEAR

Title

Date DAY MONTH YEAR

*Edmund G. Brown Jr.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

**BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION**
P.O. BOX 903417
SACRAMENTO, CA 94203-4170

August 22, 2007

Charles E. Ivie
20 Helvic Ave.
Monterey, CA 93940

RE: Criminal History Record
CII# A08290314

Dear Mr. Ivie:

This letter is in response to our receipt of what appears to be a second claim of inaccuracy or incompleteness, regarding your California state summary criminal history record as maintained by the Bureau of Criminal Identification & Information (BCII). The BCII is required, pursuant to California Penal Code section 11105(a)(2), to record specific arrest, disposition, and personal identification information when reported by a law enforcement agency or court of this state. This information can only be modified or deleted at the direction of the contributing agency or by order of the court having jurisdiction. I will attempt to answer your concerns in the order in which they appear on your criminal history record.

1. The name "Charles Everett Ivey" was reported to the BCII on the arrest fingerprint card that was submitted by the Seaside Police Department on September 6, 1986.

2. The notation "DOB/19511101", represents a date of birth, November 1, 1951, that was reported to the BCII on the arrest fingerprint card submitted by the Monterey County Sheriff's Office on June 10, 2003.

3. The notation "OCC/Laborer", represents an occupation that was reported by the Seaside Police Department on their fingerprint submission of September 6, 1986.

The BCII does not claim that this information is your true name, date of birth, or occupation. The BCII only contends that this information was submitted on documents that bore your fingerprint impressions. By law, this information must be recorded.

4. The BCII has in its possession a fingerprint card, dated September 6, 1986 (19860906), submitted by the Seaside Police Department. This card bears fingerprint impressions that have been verified as belonging to you. This card reflects that you were fingerprinted and booked on that day, on a charge of Penal Code section 647(b), prostitution. The case was finalized on January 15, 1987

(19870115) in the Monterey Municipal Court in case "12461". The final outcome was that the charge of prostitution was dismissed, and you plead no contest to a charge of Penal Code section 415, disturbing the peace by fighting, or making loud noise, or by uttering offensive words in public. — dismissed

5. The entry dated June 24, 1987 (19870624), represents the submission of your fingerprints by the California Department of Insurance as part of a background check for licensor by that agency. On December 27, 2003 (20031227) the Dept. of Insurance notified the BCII that they were no longer interested in receiving subsequent arrest information on you. illegal arrest

6. The entry dated January 12, 1989 (19890112), represents the submission of your fingerprints by the California Bureau of Collection & Investigative Services as part of a background check for licensor by that agency.

7. The BCII has in its possession a fingerprint card, dated May 30, 1993 (19930530), submitted by the Monterey County Sheriff's Office. This card bears fingerprint impressions that have been verified as belonging to you. This card reflects that you were fingerprinted and booked on that day, on a charge of Penal Code section 148.9(a), giving false identification to a peace officer. Dismissed

8. The BCII has in its possession a fingerprint card, dated October 14, 1993 (19931014), submitted by the Monterey County Sheriff's Office. This card bears fingerprint impressions that have been verified as belonging to you. This card reflects that you were fingerprinted and booked on that day, on a warrant that was valid at the time of your arrest. A "Disposition of Arrest and Court Action" form was submitted to the BCII by the King City Municipal Court in case "MK050842A." This form reported that you were convicted of a misdemeanor charge of section 148.9(a). Dismissed

9. The BCII has in its possession a fingerprint card, dated October 26, 1993 (19931026), submitted by the Santa Clara County Sheriff's Office. This card bears fingerprint impressions that have been verified as belonging to you. A "Disposition of Arrest and Court Action" form was submitted to the BCII by the Santa Clara Superior Court in case "168628." This form reported that the charge against you was dismissed. ordered deleted

10. The BCII has in its possession a fingerprint card, dated June 10, 2003 (20040610), submitted by the Monterey County Sheriff's Office. This card bears fingerprint impressions that have been verified as belonging to you. A "Disposition of Arrest and Court Action" form was submitted to the BCII by the Monterey County Superior Court in cases "MS190928A" & "MS214956A." These forms reported that a charge of Vehicle Code section 20001 was dismissed in case "MS190928A", and you were convicted in case "MS214956A", of a misdemeanor charge of

Vehicle Code section 4463(a). Information regarding the termination of your probation and the subsequent dismissal order by the court has been updated to your criminal history record.

11. The "No Arrest Received"entry dated October 14, 1993, has been connected to the entry of October 26, 1993. The no arrest received entry has been removed from your criminal history record. An amended copy of your California state summary criminal history record is enclosed.

All filed with dismissals

The BCII is not a legal research agency. We are unable to honor your requests for addresses of courts or law enforcement agencies. We have provided you with the court case numbers for those events that ended up in court. Send to Courts DA

If you have any further questions, please address your correspondence to the Record Review Unit at the above address.

8-27-07

Sincerely,

Thanks for response

Recv

Robert Santos
Assistant Manager
Record Support Section
Bureau of Criminal Identification & Information

For EDMUND G. BROWN JR.
Attorney General

Now removed the rest as needed and indicated by the law, hereby filed in all courts jurisdictions etc. It is illegal to report negative information as positive. You are so-called public servants under subpoena which should not be necessary, how you update "as is". All is useless, irrelevant, bogus negative information. You are responsible for the accuracy of the conditions/points all records ordered destroyed as negative, not positive criminal activity.

enclosures

```
RE: QHY.CA0349400.08290314.S          DATE:20070822 TIME:11:21:40
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:S

III CALIFORNIA ONLY SOURCE RECORD
CII/A08290314
DOB/19571101    SEX/M  RAC/WHITE
HGT/600  WGT/165  EYE/BLU  HAI/BRO  POB/CA
NAM/01 IVEY,CHARLES EVERETT
    02 IVIE,CHARLES EVERETT
    03 IVIE,CHARLES

FBI/441207FA3
DOB/19511101
CDL/N4065667
SOC/567157982
OCC/LABORER
* * * *

ARR/DET/CITE:           NAM:IVEY,CHARLES EVERETT
19860906   CAPD SEASIDE

CNT:01     #DR-24204
  647(B) PC-DISORDERLY CONDUCT:PROSTITUTION
- - - -
COURT:                  NAM:IVEY,CHARLES EVERETT
19870115   CAMC MONTEREY

CNT:01     #12461
  647(B) PC-DISORDERLY CONDUCT:PROSTITUTION
 DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:02
  415 PC-FIGHT/NOISE/OFFENSIVE WORDS
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN: 24 MONTHS PROBATION, FINE
* * * *

APPLICANT:              NAM:IVIE,CHARLES EVERETT
19870624   CASD INSURANCE, SACRAMENTO

CNT:01     #4-20-87
  APPLICANT LICENSE CERT OR PERMIT

20031227
 DISPO:NO LONGER INTERESTED
   COM: ACN-CEI11470099A0042 05230101
* * * *

APPLICANT:              NAM:IVIE,CHARLES EVERETT
19890112   CASG COLLECT & INVEST SERV, SACRAMENTO

CNT:01     #R25521
  APPLICANT LICENSE CERT OR PERMIT
* * * *

ARR/DET/CITE:           NAM:IVIE,CHARLES
19930530   CASO SALINAS

CNT:01     #93-6898
  148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
* * * *
```

[Handwritten annotations: "~~wrong~~ ok" (beside DOB/19571101); "— give me FBI record-subpoena" (beside FBI number); "wrong" (beside DOB/19511101); "etc certainly much more integrity than your erroneous fictitious files." (beside SOC/OCC); "dismissed" (beside CNT:02); "delete" (beside 19890112 applicant entry); "dismissed" (beside 19930530 entry)]

Page 1 of 3

ARR/DET/CITE: NAM:IVIE,CHARLES EVERETT
19931014 CASO SALINAS

CNT:01 #9313182
-WARRANT
148.9(A) PC-FALSE ID TO SPECIFIC PEACE OFICERS
WARRANT #MK050842A

unlawful warrant of someone else

- - - -
COURT: NAM:IVIE,CHARLES EVERETT
19931019 CAMC KING CITY

dismissed

CNT:01 #MK050842A
148.9(A) PC-FALSE ID TO SPECIFIC PEACE OFICERS
*DISPO:CONVICTED
CONV STATUS:MISDEMEANOR
SEN: 24 MONTHS PROBATION, 7 DAYS JAIL,
IMP SEN SS
* * * *

ARR/DET/CITE: NAM:IVIE,CHARLES EVERETT
19931026 CASO SAN JOSE

CNT:01 #9342987CVH623
484/487.1 PC-THEFT/GRAND THEFT:PROPERTY
NUMBER #D9383507

same

CNT:02
487.1 PC-GRAND THEFT:PROPERTY

dismissed

CNT:03
484G PC-THEFT BY USE OF ACCESS CARD DATA
19931026
DISPO:REL/TOT OTHER JURIS/AUTH

CNT:04
484G(A) PC-THEFT BY FORGED/INVALID ACCESS CARD
19931026
DISPO:REL/TOT OTHER JURIS/AUTH
NUMBER #241839A1

sent

- - - -
COURT: NAM:IVIE,CHARLES EVERETT
19940222 CASC SANTA CLARA

CNT:01 #168628
484/487.1 PC-THEFT/GRAND THEFT:PROPERTY
DISPO:DISMISSED
* * * *

delete

unlawful

ARR/DET/CITE: NAM:IVIE,CHARLES EVERETT
20030610 CASO SALINAS

CNT:01 #0306583
4463(A)(1) VC-FORGE/ALTER VEH REGISTRATION/ETC
COM: SCN-06831610024

dismissed

- - - -
COURT: NAM:IVIE,CHARLES EVERETT
20030815 CASC MONTEREY

delete

CNT:01 #MS190928A
20001 VC-HIT AND RUN:DEATH OR INJURY
DISPO:DISMISSED/FURTHERANCE OF JUSTICE
- - - -
COURT: NAM:IVIE,CHARLES EVERETT
20030815 CASC MONTEREY

```
CNT:01      #MS214956A
  4463(A) VC-FORGE/ALTER VEHICLE REGISTRATN/ETC
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN: 36 MONTHS PROBATION, 30 DAYS JAIL,
        FINE, IMP SEN SS

20050422
 DISPO:PROBATION TERMINATED

20051026
 DISPO:CONV SET ASIDE & DISM PER 1203.4 PC
     *    *    *    END OF MESSAGE    *    *    *
```

→ dismissed

illegal to report as such

wrong - notice on time

You will give me all information subpoena for court as illegal to refuse honorable great citizen caught up in overzealous, inaccurate police trying to justify existence and record viewed as positive with all dismissed lowered counts of incompetence by unsovereign nations. We'll see you in court.

[signature]

Consulat général du Canada / Government of Canada / Consulate General of Canada

Have Nice Processing fee. Plse pay either CAD or USD

remove me from your fraudlent record.

IRPA FEE SCHEDULE

FEES MUST BE PAID WHEN SUBMITTING THE APPLICATION

| TEMPORARY RESIDENT FEES | CDN FUNDS | US FUNDS |
|---|---|---|
| TEMPORARY RESIDENT VISA - SINGLE ENTRY | $ 75.00 | $ 75.00 |
| TEMPORARY RESIDENT VISA - MULTIPLE ENTRY | 150.00 | 150.00 |
| TEMPORARY RESIDENT VISA - FAMILY RATE | 400.00 | 400.00 |
| STUDY PERMIT | 125.00 | 125.00 |
| WORK PERMIT | 150.00 | 150.00 |
| WORK PERMIT, GROUP OF PERFORMING ARTISTS ( 3 or more persons ) | 450.00 | 450.00 |
| TEMPORARY RESIDENT PERMIT | 200.00 OR | 200.00 |
| **PERMANENT RESIDENT FEES** 0 | X1 | X1 |
| SKILLED WORKER (including PROVINCIAL NOMINEES) - PRINCIPAL APPLICANT | 550.00 | 550.00 |
| BUSINESS IMMIGRANTS - PRINCIPAL APPLICANT | 1,050.00 | 1,050.00 |
| SPOUSE OR COMMON LAW PARTNER AND EACH DEPENDANT CHILD OF 22 YEARS OF AGE AND OLDER | 550.00 | 550.00 |
| EACH DEPENDANT CHILD OF LESS THAN 22 YEARS OF AGE | 150.00 | 150.00 |
| RIGHT OF PERMANENT RESIDENCE FEE ( TO BE PAID BY PRINCIPAL APPLICANT, SPOUSE OR COMMON LAW PARTNER ) | 490.00 | 490.00 |
| **OTHER FEES** | | |
| REHABILITATION - SERIOUS CRIMINALITY | 1,000.00 | 1,000.00 |
| REHABILITATION - CRIMINALITY | 200.00 | 200.00 |
| AUTHORIZATION TO RETURN TO CANADA | 400.00 | 400.00 |
| CERTIFICATION AND REPLACEMENT OF AN IMMIGRATION DOCUMENT | 30.00 | 30.00 |
| REPAYMENT OF REMOVALS - USA / ST.PIERRE & MIQUELON | 750.00 | 750.00 |
| REPAYMENT OF REMOVALS - OTHER DESTINATIONS | 1,500.00 | 1,500.00 |
| TRAVEL DOCUMENT | 50.00 | 50.00 |

**NOTE: - ALL FAMILY CLASS FEES ARE TO BE PAID AT THE CASE PROCESSING CENTER IN MISSISSAUGA. WITH FEW EXCEPTIONS, FEES ARE NON-REFUNDABLE EXCEPT FOR RIGHT OF PERMANENT RESIDENCE; FEES MUST BE MADE BY CERTIFIED CHEQUE, BANK DRAFT OR MONEY ORDER; FEES REMITTED IN CANADIAN FUNDS MUST BE DRAWN ON A CANADIAN BANK; FEES REMITTED IN U.S. FUNDS MUST BE DRAWN ON A U.S. BANK.**

Fee schedule JULY 07

**EFFECTIVE JULY 16, 2007 AND SUBJECT TO CHANGE AT ANY TIME**

See back for Payment option.

Canada

payments should be payable to:

**ꟷE CANADIAN CONSULATE GENERAL"**

ollar payments should be made payable to:

**IE RECEIVER GENERAL FOR CANADA"**

that Processing Fees are **non-refundable.**

nanent Residence Fee is refundable in the event of a refusal or if the applicant is not landed for some s.

" You allow Fraud to continue by
" a FrenchCandian # 167941 who
makes charges of DOJ record of y
t for which there is none but dismissed
ts for which there is none but dismissed
OUI" which means yes in French. Don't know
the Fuck they are talking about but
have definitive record of dellusional
thic Pike servants just like america
steal + and steal Freedom from innocent
uls without accountability. You are demanded
record as stated remove "zero" d heirs
damages of $100,000. I have sent to
of your cunty for injuction, Fed al
OJ's, Canadian DOJ etc for an
of your sick and disgusting behavior,
happy to meet any of you to discuss your
corruption presumably for job security. Your
of tyranny and terror economic are
n over. ! [signature]

# SUPERIOR COURT OF CALIFORNIA

☐ **Salinas Division**
240 Church St.
P.O. Box 1051
Salinas, CA 93902

☐ **Monterey Division**
1200 Aguajito Rd.
P.O. Box 751
Monterey, CA 93940

☐ **King City Division**
250 Franciscan Way
P.O. Box 647
King City, CA 93930

| People Charles Ivie | Plaintiff(s), Defendant(s), | Case Number: MI050842A |
|---|---|---|

**PETITION AND ORDER TO DISMISS**
(Sections 1203.4 or 1203.4a P.C.)

I declare that I am the defendant in the within misdemeanor criminal action, and that:

[ ] (Section 1203.4 P.C.) **Probation was imposed and** I have successfully complied with all conditions of probation; and that I am not currently on probation from any court or pending disposition of any criminal charges.

**OR**

☒ (Section 1203.4a P.C.) **Probation was not imposed and** one year has passed since pronouncement of sentence herein and that I have complied with all terms of that judgment of sentence and that I am not now pending disposition of any criminal charges, and

THEREFORE, I petition the court to withdraw my plea of guilty/set aside the verdict of guilty entered against me and dismiss this action pursuant to the provisions of Section 1203.4 or Section 1203.4a Penal Code. **I understand I am required to pay a non-refundable administrative fee and agree to pay same at the time of the filing of this petition.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed by me this 15th day of November, 2007, at Monterey CA, California.

[signature]
(Signature)

My current mailing address is: 20 Helvic Ave.
Monterey, CA 93940

**THE DEFENDANT IS HEREBY ADVISED THAT THE ORDER TO DISMISS DOES NOT RELIEVE HIM OR HER OF THE OBLIGATION TO DISCLOSE THE CONVICTION IN RESPONSE TO ANY DIRECT QUESTION CONTAINED IN ANY QUESTIONNAIRE OR APPLICATION FOR PUBLIC OFFICE OR FOR LICENSURE BY ANY STATE OR LOCAL AGENCY.**

ALL CHARGES FILED HEREIN ARE DISMISSED PURSUANT TO THE PROVISIONS OF
☐ SECTION 1203.4 P.C. ☐ SECTION 1203.4A P.C.

DATED: 6-4-08

[signature]
JUDGE

Mr. Charles Ivie
20 Helvic Ave
Monterey, CA 93940

U.S. POSTAGE
PAID
MARINA.CA
93933
SEP 14 07
AMOUNT
$2.50
00083606-09
UNITED STATES POSTAL SERVICE
0000
95113

FIRST CLASS

Superior Court Chief Justice
County Santa Clara Court
191 N. First St
San Jose, CA 95113

9.19.07
Left message
@ 831 372 5355

~~05~~
~~CV051857~~
Did name
Search under
"Ivie", nothing

(Proof of service by mail-1013A,2015.5 CCP)

State of California
County of Monterey

I am a resident of the county aforesaid; and I am over Eighteen years of age and not a party to the within entitled action; my address is as follows: 1240 6th St., Monterey, CA 93940

On 11-15-07 I served the within Writ, [illegible], order

On the interested parties of this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Monterey California 93940 addressed as follows: [illegible], [illegible], Fed Courts, State Courts, as Filed

I certify and declare under penalty of perjury that the foregoing is true and correct.

**Executed** 11-15-07

Signature [signature]

Daniel Chavez

**PROOF OF SERVICE BY MAIL**

*I THE UNDERSIGNED DECLARE:*

*I AM OVER THE AGE OF EIGHTEEN, A RESIDENT OF THE CITY AND COUNTY OF MONTEREY, STATE OF CALIFORNIA, AND NOT A PARTY TO THE WITHIN ACTION; MY RESIDENCE ADDRESS IS* 1240 6th St., Monterey, CA 93940

*ON* ____________________, *I SERVED THE WITHIN DOCUMENTS:*

*ON THE PARTIES OF SAID ACTION BY PLACING A TRUE COPY THEREOF, ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID, IN THE UNITED STATES MAIL AT MONTEREY, CALIFORNIA, ADDRESSED AS FOLLOWS:* Fed. State Courts Canadians regulatory DOJ's et al

6-16-08

*EXECUTED ON:* 11-15-07

*I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.*

Daniel Chavez