

U.S. POSTAGE PAID
SEASIDE, CA
93955
JUL 02 '08
AMOUNT $2.19
0003738-13

95113

Charles Ivie
20 Helvic Ave
Monterey, CA 93940

MCA complaints
US District Court Head/Clerk
ND; wire/Posel/Seeborg
280 S. First, Rm 2112
San Jose, CA 95113-3095

You lied out/state not served or awarded against POS—(A Canadians—You were recused for based of prejudice outside the law as hereted. You are now served with all damages — case invaded and opened with lotus Canadian Ball/shift out NOT inaction — served Supreme Courts—NO J's etc.

7½ Spoo Are from IRS/Tax court area
$30,000,000 RRSP Reel ware
$100,000 Cardious have 20 tons
> government
> 500 Pennsylvania

Latest Crop from Canada Enclosed
all claims red/DA open

All explained/Aled a served provided