

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

July 2, 2008

Charles Ivie
20 Helvic Avenue
Monterey, CA 93940

RE:    Your recent correspondence

Dear Mr. Ivie:

This office has received your recent correspondence (Small Claims Mediation form, etc.). Please be advised that the United States Attorney's Office is responsible for the prosecution of persons accused of violating federal laws and for representing various officers and agencies of the federal government in civil actions. Accordingly, this office can only undertake those cases falling within federal jurisdiction as described above.

We reviewed your correspondence and determined that there is no federal violation involved. We suggest that you contact a private attorney should you need legal advice or assistance in disputing the traffic citation at issue. Please also note that McKean County, where the traffic citation was issued, is within the jurisdiction of the United States Attorney's Office for the Western District of Pennsylvania. We are returning your correspondence because the Small Claims Mediation form is an original document.

Very truly yours,

The United States Attorney's Office

*Complaint to follow proper papers on File Consolidated claims to follow*

US DEPARTMENT OF JUSTICE
US ATTORNEY E.D. OF PA

2008 JUN 30 P 3: 32

## Small Claims Mediation

Small Claims Mediation is offered to all Monterey County residents through a grant-funded program in cooperation with the Superior Court of California, Monterey County, the Monterey College of Law, and Mandell-Gisnet Center for Conflict Management. It is a **FREE** program designed to serve the Community.

In order to participate in the FREE Small Claims Mediation program, **BOTH** parties must agree to mediation, which can be initiated either by you or by the conflict center by calling (831) 582-4000 and asking for the ADR Coordinator. Once the form has been completed and signed by **BOTH** parties, please fax to The Monterey College of Law at (831) 582-4095 or email to djones@montereylaw.edu . Once a fully-completed form has been received, both parties will be notified by telephone, email, or mail of the date and time of the mediation. All mediations will be held at the Monterey College of Law located at 100 Col. Durham Street, Seaside, CA 93955.

If you are not comfortable with the English language, it is the responsibility of the litigants to provide their own interpreter who can interpret for them in the mediation. **The Superior Court of California, Monterey County, the Monterey College of Law, and The Mandell-Gisnet Center for Conflict Management DO NOT provide interpreters.**

**\*Please complete the information below. Please print legibly. \***

Plaintiff: Charles Ivie

Mailing Address: 20 Helvic Ave

City: Monterey, State CA

Zip Code: 93940

Telephone: _____

Email: NA

Defendant: *State, officer, Judge clerk* Pennsylvania V - Clg

Mailing Address: 62 S E. Kata St.

City: Smethport, State: PA

Zip Code: 16749

Telephone: 814 887 5243

Email: _____

Amount of Claim:$ 5,000 per occurrence of fraud *per person* *jes + to sigu*

In order to have this claim mediated, both parties must sign and print their names below.

Plaintiff: Charles Ivie Defendant: _____
(Printed Name)                  (Printed Name)

Signature: _____ Signature: _____

Date: 6-16-08 Date: _____

---

## OFFICE USE ONLY

Date Received: _____   Received by: _____

Date, Time, Location of Mediation: _____

Mediator: _____   Supervising Attorney: _____

*ordered to show your*
*Fraud + Bullshit*

# NOTICE OF TRIAL
## SUMMARY CASE

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **MCKEAN**

| Mag Dist No. | |
|---|---|
| **48-3-02** | |
| MDJ Name, Hon. | |
| **WILLIAM K. TODD** | |
| Address: **625 E WATER ST** | |
| **SMETHPORT, PA** | |
| Telephone: **(814) 887-5743    16749** | |

**CHARLES E. IVIG**
**20 HELVIC AVENUE**
**MONTEREY, CA 93946**

### COMMONWEALTH OF

### PENNSYLVANIA

**VS.**

DEFENDANT:    NAME and ADDRESS

**IVIG, CHARLES EVERETT**
**20 HELVIC AVENUE**
**MONTEREY, CA 93946**

Docket No.: **TR-0000298-08**
Date Filed:    **3/31/08**



---

Charge(s):

**B 75 §1301 §§A REG & CERT OF TITLE REQUIRED**    *in foreclosure spec*
*Place*

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $ _____ .00

has been accepted as collateral for your appearance at trial.

Your trial has been scheduled as follows:

| Date: | **5/27/08** | Place: | **DISTRICT COURT 48-3-02** |
|---|---|---|---|
| | | | **625 E WATER ST** |
| | | | **SMETHPORT, PA 16749** |
| Time: | **10:30 AM** | | **814-887-5743** |

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date and time.

Should you fail to appear for your trial, a warrant may be issued for your arrest.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fine and costs. You shall have the right to appeal within thirty days for a trial de novo.

*6-16-08*

If you have any questions, please call the above office immediately.

**4/30/08** Date ___William R Todd___    Magisterial District Judge

My commission expires first Monday of January, **2012**.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

[SEAL]

**CITATION NUMBER:    Q0332141-5**

**DATE CITATION SIGNED:    3/29/08**
**DATE PRINTED:    4/30/08    3:24:55 PM**

AOPC 611-05

# STATEMENT OF FACTS

Stop the Fraud & abuse
of free innocent people
through illegal extortion &
trafficking

Notice of Fraud &
act of God therefore
completing all my requirements
my all laws

received

MIL2031829 - CHARLES E. IVIE - ID Card

## California Insurance ID Card

**Alliance United Insurance Company**
**PO Box 6928**
**Ventura, CA 93006-6928**
**NAIC # 10920**

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| MIL2031829 | 11/28/2007 12:01 AM | Continuous Until Cancelled |

**Named Insured:**
CHARLES E. IVIE
20 HELVIC AVE
MONTEREY, CA 93940

**Broker:**
BROOKE AGENCY SERVICES CO., LLC
Phone: (800) 446-7873

**Vehicle Information:**

| Year | Make | Model | VIN # |
|---|---|---|---|
| 1977 | INTE | SCOUT | G0052GGD38179 |

## If You Are In An Accident

1. Do not leave the scene.
2. Call the police to report the accident.
3. Call Alliance United Insurance Company at **(800) 508-5833**.
4. Do not admit fault. Do not discuss the accident with anyone except the police and your Alliance United Insurance Company representative.
5. Exchange information with the other driver. Ask for the following:
   - Name, address, driver's license number, and phone numbers of other drivers and witnesses.
   - Year, make, model, and license plate number of all vehicles involved.
   - Name of Insurance Company and policy number of other drivers.

## California Insurance ID Card

**Alliance United Insurance Company**
**PO Box 6928**
**Ventura, CA 93006-6928**
**NAIC # 10920**

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| MIL2031829 | 11/28/2007 12:01 AM | Continuous Until Cancelled |

**Named Insured:**
CHARLES E. IVIE
20 HELVIC AVE
MONTEREY, CA 93940

**Broker:**
BROOKE AGENCY SERVICES CO., LLC
Phone: (800) 446-7873

**Vehicle Information:**

| Year | Make | Model | VIN # |
|---|---|---|---|
| 1982 | TOYT | CRESSIDA LUXURY | JT2MX62E8C0064812 |

## If You Are In An Accident

1. Do not leave the scene.
2. Call the police to report the accident.
3. Call Alliance United Insurance Company at **(800) 508-5833**.
4. Do not admit fault. Do not discuss the accident with anyone except the police and your Alliance United Insurance Company representative.
5. Exchange information with the other driver. Ask for the following:
   - Name, address, driver's license number, and phone numbers of other drivers and witnesses.
   - Year, make, model, and license plate number of all vehicles involved.
   - Name of Insurance Company and policy number of other drivers.



STATE OF CALIFORNIA
DMV
DEPARTMENT OF MOTOR VEHICLES
A Public Service Agency

# NOTICE OF INCOMPLETE RENEWAL

| LICENSE # |
| --- |
| 679TTQ |

We have received your application to renew your vehicle registration. However, it is incomplete and your sticker and registration card cannot be issued until the item(s) listed below are received by DMV.

**Note: If payment has been received, and the registration of your vehicle expires in the process of completing the renewal requirements, your vehicle is still subject to citation or impoundment.**

validu has told octob tony
by your anti public lege [illegible]
[illegible]

☞

- A Smog Certification. Please take this notice to a SMOG station. When the vehicle passes inspection, the certification will be transmitted to DMV electronically. Your registration card and sticker will be mailed to you upon receipt of the electronic certification by the department. **No further action is required on your part.**
- Please allow 30 days from the date you obtain your certification to receive your registration card and sticker before initiating any further contact with the department.
- If your vehicle does not pass inspection, the SMOG technician will explain to you what you must do. If you have additional questions, you may call the Bureau of Automotive Repair at 1(800) 952-5210 or log on to www.smogcheck.ca.gov.

CUSTOMER COPY - DO NOT RETURN TO DMV

For DMV Use Only
Change of Address (see back)
For DMV Use Only

☐ ☐ ☐ S

16221111 14211260722805 01604 NIR701

| LICENSE NUMBER | MAKE |
| --- | --- |
| 679TTQ | IHARV |
| VIN | |
| G0052GGD38179 | |
| DMV USE ONLY | RENEWAL FEE DUE |
| | $0 |

StubA

MAKE PAYMENT TO:

IVIE CHARLES E
20 HELVIC AVE
MONTEREY CA 93940

DMV RENEWAL
P.O. BOX 942869
SACRAMENTO CA 94269-0001

CUSTOMER COPY - DO NOT RETURN TO DMV

MIL2031829 - CHARLES E. IVIE - ID Cards

---

### California Insurance ID Card

**Alliance United Insurance Company**
**PO Box 6928**
**Ventura, CA 93006-6928**
**NAIC # 10920**

*[handwritten: never]*

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| MIL2031829 | 10/28/2007 12:01 AM | Continuous Until Cancelled |

*[handwritten: paid automatically]*

**Named Insured:**
CHARLES E. IVIE
20 HELVIC AVE
MONTEREY, CA 93940

**Broker:**
BROOKE AGENCY SERVICES CO., LLC
Phone: (800) 446-7873

**Vehicle Information:**

| Year | Make | Model | VIN # |
|---|---|---|---|
| 1977 | INTE | SCOUT | G0052GGD38179 |

---

### If You Are In An Accident

1. Do not leave the scene.
2. Call the police to report the accident.
3. Call Alliance United Insurance Company at **(800) 508-5833**.
4. Do not admit fault. Do not discuss the accident with anyone except the police and your Alliance United Insurance Company representative.
5. Exchange information with the other driver. Ask for the following:

   Name, address, driver's license number, and phone numbers of other drivers and witnesses.
   Year, make, model, and license plate number of all vehicles involved.
   Name of Insurance Company and policy number of other drivers.

---

### California Insurance ID Card

**Alliance United Insurance Company**
**PO Box 6928**
**Ventura, CA 93006-6928**
**NAIC # 10920**

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| MIL2031829 | 10/28/2007 12:01 AM | Continuous Until Cancelled |

**Named Insured:**
CHARLES E. IVIE
20 HELVIC AVE
MONTEREY, CA 93940

**Broker:**
BROOKE AGENCY SERVICES CO., LLC
Phone: (800) 446-7873

**Vehicle Information:**

| Year | Make | Model | VIN # |
|---|---|---|---|
| 1982 | TOYT | CRESSIDA LUXURY | JT2MX62E8C0064812 |

---

### If You Are In An Accident

1. Do not leave the scene.
2. Call the police to report the accident.
3. Call Alliance United Insurance Company at **(800) 508-5833**.
4. Do not admit fault. Do not discuss the accident with anyone except the police and your Alliance United Insurance Company representative.
5. Exchange information with the other driver. Ask for the following:

   Name, address, driver's license number, and phone numbers of other drivers and witnesses.
   Year, make, model, and license plate number of all vehicles involved.
   Name of Insurance Company and policy number of other drivers.

*[handwritten notes, partially illegible: Oppressions to stop will turn freely ... Tyranny, threats, insecurity, abuse ... rolled over after notified ... Stop harassment and fraud of innocent people. I will take Freedom and don't need permit from you. I am on all central databases and straightened out ST police, sheriffs, HP, rangers, citizen etc etc and have called for civil war and revolution against your entire police fraud and to stop paying taxes]*