

Charles Ivie
20 Helvia Ave
Monterey, CA 93940

SAN JOSE, CA 951
PM
24 JUL
2008

Dist Court - SJ - Complaints
were forced-rehdd
280 S. First St.   RM 2112
San Jose, CA 95113-3095

remanded to state
30ar/1k  1) You have ELISA, DMV, including Fraud
             properly brought forth and Rules  state
10k  ← 2) You have (Canadian) NOT Fraud — sent
             sent to federal Fed, no administra-
20k      3) You have Tax Fraud            remedy, loo
         4) All others remanded to state
         Canadian's course Fraud & Bullshit of
         record added and omitted by you
         and properly amended, served